Carlos HENDERSON, Appellant,

v.

STATE of Missouri, Respondent.

WD 77844

Missouri Court of Appeals, Western District.

ORDER FILED: July 28, 2015

Rosalynn Koch, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Thomas H. Newton, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

**Order**

Per Curiam:

Mr. Carlos Kapel Henderson appeals the judgment of the Circuit Court of Boone County, Missouri, denying, after an evidentiary hearing, Mr. Henderson's motion for post-conviction relief pursuant to Rule 24.035. Because a published opinion would serve no jurisprudential purpose, we have instead provided a memorandum of

law to the parties explaining our ruling. We affirm the judgment. Rule 84.16(b).